SIMON S. BRONE v. LOUIS GOLDE and MORRIS GOLDE, Individually and as Copartners, etc.— Motions for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [See 242 App. Div. 822.]

JOSEPH H. REIF, as Trustee for the Benefit of Creditors of SHONGOOD, HART Co., INC., in Bankruptcy, Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley; Townley and Glennon, JJ.

PAULA MINTZER, Appellant, v. LONDON GUARANTEE & ACCIDENT Co., LTD., Defendant, Impleaded with PHŒNIX INDEMNITY COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CELIA TEICHER, Appellant, v. NEW YORK RAILWAYS CORPORATION and Another, Respondents.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the proofs were sufficient to justify a verdict against one or both defendants. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CLEMENT D. SMITH, Appellant, v. ELISA VALLADARES, Defendant, Impleaded with ANTONIO VALLADARES, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

FRANCES MASURY REDFIELD, Appellant, v. EDITH M. STURGES and Others, Respondents, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

NORMAN H. ANTHONY, Appellant, v. LIFE PUBLISHING COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BANK OF MANHATTAN TRUST COMPANY, Respondent, v. MORRIS OSINOFF and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Finch, P. J., takes no part.

WILLIAM ADAMS DELANO and Another, Copartners, etc., Respondents, v. CENTRAL HANOVER BANK AND TRUST COMPANY and Others, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GEORGE M. CUSHING and Others, Appellants, v. JAMES BROWN and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CHARLES GEWIRTZ, Respondent, v. FUR MERCHANTS COLD STORAGE Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CHARLES W. ADAMS, Respondent, v. MESINA REALTY COMPANY, INCORPORATED, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CHARLES FAMOUS, Respondent, v. FRANK L. BURNS COAL COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.